**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | ED CV13-01113 JAK (SPx) | Date | August 7, 2013 |
| Title | IH2 Property West, LP v. Nedra Williams, et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER REMANDING ACTION TO RIVERSIDE COUNTY SUPERIOR COURT    JS-6

On May 8, 2013, IH2 Property West, L.P. ("Plaintiff") filed an action for Unlawful Detainer in the Superior Court for the State of California, County of Riverside, against Nedra Williams ("Defendant"), seeking possession of the property located at 28427 Plymouth Way, Temecula, CA 92591 (the "Property"). Compl. ¶ 1, Notice of Removal, Dkt. 1. Plaintiff alleges that it acquired the Property on March 27, 2013 at a trustee's sale following foreclosure. *Id.* at ¶ 5. Plaintiff seeks damages no greater than $10,000. *Id.* ¶ 1. On June 21, 2013, Defendant removed the action to this Court. *See* Notice of Removal, Dkt. 1.

Plaintiff filed an *ex parte* application to remand the case to the Superior Court. Dkt. 8. Defendant did not respond to the *ex parte* application. On July 30, 2013, the Court issued an Order to Show Cause ("OSC") with respect to whether this Court has jurisdiction over this matter. The OSC directed Defendant to file any response by August 5, 2013 in which a showing as to the basis for the Court's subject matter jurisdiction would be presented. Dkt.. 9. No response to the OSC was filed. For the same reasons stated in the OSC, the Court finds that it does not have subject matter jurisdiction over this action. *Id.* Therefore, this action is remanded to the Riverside County Superior Court, Southwest Judicial District, Case No. SWC1300924.

**IT IS SO ORDERED.**

:

Initials of Preparer    ak